## DAVIS *et al. v.* OLD DOMINION TRUST COMPANY.

GILBERT, J.   The exception is to the first grant of a new trial. The verdict was not demanded by the evidence, and, under the principles ruled in *Griffith* v. *Sellers,* ante, the court did not err in granting a new trial.

*Judgment affirmed. All the Justices concur.*

No. 7704.   MAY 16, 1930.

*Slater, Moore, Oberry & Wheless,* for plaintiffs in error.

*Chastain & Henson, Quincey & Quincey,* and *Kelley & Dickerson,* contra.